James Sidney DOTSON, Appellant,

v.

The STATE of Texas, Appellee.

No. 27969.

Court of Criminal Appeals of Texas.

Jan. 18, 1956.

Walter Conway, Houston, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Felony theft is the offense; the punishment, 4 years in the penitentiary.

Appellant has now filed his personal affidavit requesting the dismissal of the appeal. The request is granted.

The appeal is dismissed.